IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| REBECCA WIGINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19-cv-00723-BCW |
| | ) |
| OFFICER DUSTIN RAPP, | ) |
| OFFICER DARRELL SCHMIDLI, and | ) |
| CITY OF INDEPENDENCE, MISSOURI | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW, Ronald Holliger of Holliger Law Group and enters his appearance on behalf of Plaintiff.

Respectfully submitted,

THE DEFEO LAW FIRM

By: */s/ Daniel T. DeFeo*
DANIEL T. DEFEO #35161
G. DOMINIC DEFEO #67481
ERIKA V. DOPUCH, #
1627 Main Street, Suite 900
Kansas City, MO 64108
(816) 581-4600 Telephone
(816) 581-4646 Facsimile
ddefeo@defeolaw.com
gdefeo@defeolaw.com
edopuch@defeolaw.com

And

*/s/ Ronald Holliger*
Ronald Holliger #23359
HOLLIGER LAW GROUP
704 SE Bluebird
Blue Springs, MO 64014
ronholliger@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed this 9th day of October, 2019 using the Court's ECF System, which will send copy to all counsel of record.

*/s/ Daniel T. DeFeo*
**Attorney for Plaintiff**